FILED
CLERK, U.S. DISTRICT COURT

1/4/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CDO___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>HANNAH GRACE WHITLOCK,<br><br>　　　　Defendant. | CR No. 2:24-cr-00009-MEMF<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1),<br>(b)(1)(A)(ii): Possession with<br>Intent to Distribute Cocaine] |

　　　The Grand Jury charges:

　　　　　　　[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii)]

　　On or about December 16, 2023, in Los Angeles County, within the Central District of California, defendant HANNAH GRACE WHITLOCK knowingly and intentionally possessed with intent to distribute at least five kilograms, that is, approximately 25.072 kilograms, of a

//

//

mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

A TRUE BILL

                              /s/
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

*[signature]*

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

IAN V. YANNIELLO
Assistant United States Attorney
Deputy Chief, General Crimes Section

SARAH S. LEE
Assistant United States Attorney
General Crimes Section